**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE A. FARBER, ESQ. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff CRAIG YATES

LAW OFFICES OF COURTNEY M. COATES
COURTNEY M. COATES, ESQ. 203448
31938 U.S. Highway 79 South, Ste A-334
Temecula, CA 92592
Telephone(951) 587-3988
Facsimile(951) 587-3991
ccoateslaw@sbcglobal.net

Attorneys for Defendants
BAY AREA HOSPITALITY, INC. and VIJAY K. BHATIA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>      Plaintiff,<br><br>v.<br><br>SIZZLER RESTAURANT # 571, BAY AREA HOSPITALITY GROUP, a California Corporation, VIJAY K. BHATIA, WILTSHIRE PROPERTIES, WILTSHIRE PROPERTIES, LLC, WILTSHIRE FAMILY PROPERTIES, LLC, ALBERT M. S WILTSHIRE, TIMOTHY A. WILTSHIRE, SHAUN WILTSHIRE, MICHAEL WILTSHIRE, and DOES 1 through 50, Inclusive,<br><br>      Defendants.<br>_____ / | CASE NO. C08-05804 JL<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER TO FILE A FIRST AMENDED COMPLAINT** |

        The parties hereby stipulate to amend the complaint strictly to insert the identities of Does 1 and 2 of the

**Stipulation and Order to File a First Amended Complaint: Case No. C08-05804 JL**

complaint to name two master lessors identified during the course of disclosures.

**SO STIPULATED**

Dated: April 25, 2009            TIMOTHY S. THIMESCH
                                 THIMESCH LAW OFFICE

                                 /s/ Signature Authorized
                                 Attorneys for Plaintiff
                                 CRAIG YATES


Dated: April 25, 2009            COURTNEY M. COATES
                                 LAW OFFICES OF COURTNEY M. COATES



                                 /s/ Signature Authorized
                                 Attorneys for Attorneys for
                                 Defendants BAY AREA HOSPITALITY,
                                 INC., and VIJAY K. BHATIA


                                 **ORDER**

**IT IS SO ORDERED.**


DATED: May 1, 2009

HON. JAMES LARSON
Magistrate Judge
U.S. District Court

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

**Stipulation and Order to File a First Amended Complaint: Case No. C08-05804 JL**                — 2 —