LAWRENCE A. BASKIN (SB #46517)
KRAUSE & BASKIN
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone: (415) 456-2500
Fax: (415) 456-1580

Attorneys for Defendants WILTSHIRE FAMILY PROPERTIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRAIG YATES,<br>Plaintiff,<br>vs.<br>SIZZLER RESTAURANT, et al.<br>Defendants. | Case No. CV 08-05804 JL MHP<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant, WILTSHIRE FAMILY PROPERTIES, makes the following substitution:

Former Legal Representative: Glen Mertens, Esq. (SBN 101091) 31 FL, 444 S Flower St., Los Angeles, California 90071, (213)688-0080.

New Legal Representative: Lawrence A. Baskin, Esq. (SBN 46517) 1120 Nye Street, Suite 300, San Rafael, CA 94901, (415)456-2500.

I consent to this substitution:

Date ______________________ TIMOTHY WILTSHIRE/WILTSHIRE FAMILY PROPERTIES

11/9/09
Date ______________________ DAMON WILLENS, Esq., obo Glen Mertens, Esq.

11/9/09.
Date ______________________ LAWRENCE A. BASKIN, ESQ.

LAWRENCE A. BASKIN (SB #46517)
KRAUSE & BASKIN
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone: (415) 456-2500
Fax: (415) 456-1580

Attorneys for Defendants WILTSHIRE FAMILY PROPERTIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

CRAIG YATES,

Plaintiff,

vs.

SIZZLER RESTAURANT, et al.

Defendants.

Case No. CV 08-05804 JL

**SUBSTITUTION OF ATTORNEY**

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant, WILTSHIRE FAMILY PROPERTIES, makes the following substitution:

Former Legal Representative: Glen Mertens, Esq. (SBN 101091) 31 FL, 444 S Flower St., Los Angeles, California 90071, (213)688-0080.

New Legal Representative: Lawrence A. Baskin, Esq. (SBN 46517) 1120 Nye Street, Suite 300, San Rafael, CA 94901, (415)456-2500.

I consent to this substitution:

10/26/09
Date

Timothy Wiltshire / Wiltshire Family Properties
TIMOTHY WILTSHIRE/WILTSHIRE FAMILY PROPERTIES

Date

GLEN MERTENS, ESQ.

Date

LAWRENCE A.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

**PROOF OF SERVICE**

I, the undersigned, under the penalty of perjury, declare and say:

That I am a citizen of the United States, over the age of 18 years and not a party to, or interested in, the within entitled cause of action. I am employed in County of Marin, State of California. My business address is 1120 Nye Street, Suite 300, San Rafael, CA 94901.

On November 9, 2009, I served the attached document(s):

**SUBSTITUTION OF ATTORNEY**

together with this declaration, on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Damon Willens
Anderson, McPharlin & Conners, LLP
31st FL, 444 S Flower Street
Los Angeles, CA 90071

cc: Terrel J. Mason
Riede McCall Mason
999 5th Avenue, Ste. 200
San Rafael, CA 94901

Courtney M. Coates, Esq.
31938 U.S. Highway 79 S
Suite A 334
Temecula, CA 92592

/_X_/ **BY MAIL** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Rafael, California, following ordinary business practice. I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service at Keegin Harrison Schoppert & Smith LLP. In that practice, correspondence is deposited with the United States Postal Service that same day it is collected in the ordinary course of business.

/_____/ **BY FEDERAL EXPRESS** I placed, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, each such sealed envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents.

/_____/ **BY PERSONAL SERVICE** I caused each such envelope to be delivered by hand to the address(es) noted above and left with a receptionist or other person in charge of the office at the above address(es).

/_____/ **BY FACSIMILE** By use of facsimile machine telephone number (415) 456-1580, I caused the said document(s) to be transmitted by facsimile machine to the number(s) indicated after the address(es) noted above. The transmission of the within document(s) was reported as complete and without error by the facsimile machine. Pursuant to California Rules of Court, Rule 2009(i), I caused the facsimile machine to print a record of the transmission, a copy of which is attached to this declaration.

Executed on 11/9, 2009, San Rafael, California.

Danielle Jones