**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>                    Plaintiff,<br><br>v.<br><br>SIZZLER RESTAURANT # 571; BAY AREA HOSPITALITY GROUP; VIJAY K. BHATIA; SIZZLER USA REAL PROPERTY, INC.; SIZZLER USA RESTAURANTS, INC.; WILTSHIRE PROPERTIES; WILTSHIRE PROPERTIES, LLC; WILTSHIRE FAMILY PROPERTIES, LLC; ALBERT M. S WILTSHIRE; TIMOTHY A. WILTSHIRE; SHAUN WILTSHIRE; MICHAEL WILTSHIRE; and DOES 1 through 50, Inclusive.,<br><br>                    Defendants.<br>_____/ | CASE NO. C08-05804 MHP<br>Civil Rights<br><br>**REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT; [Proposed] ORDER OF DISMISSAL** |

Thanks to the efforts of the ADR Department and Mediator Robin Siefken, Esq., the parties are pleased to report they have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have memorialized the settlement through written agreement, and request the dismissal of the action with prejudice, with the Court maintaining continuing jurisdiction to interpret and enforce the settlement agreement. For this purpose, the parties request that the Court set aside its previous Ninety-Day Conditional Order of Dismissal at

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Notice of Pending Settlement; Request for Dismissal With Retained Jurisdiction; Order: Case No. C08-05804 MHP**

1   (CD 26) in favor of the instant Request for Dismissal with Retained Jurisdiction.

3   Dated: December 3, 2009           THIMESCH LAW OFFICES
                                      TIMOTHY S. THIMESCH, ESQ.
4                                     GENE FARBER, ESQ. – Of Counsel

5                                     /S/ Signature Authorized
                                      Attorneys for Plaintiff
6                                     CRAIG YATES

7   **APPROVED AS TO FORM:**

8   Dated: December 3, 2009           LAWRENCE A. BASKIN
                                      KRAUSE AND BASKIN
9
                                      /s/ Authorized Signed
10                                    Attorneys for Defendants TIMOTHY A.
                                      WILTSHIRE; WILTSHIRE FAMILY
11                                    PROPERTIES, LLC; and WILTSHIRE
                                      PROPERTIES

12
    Dated: December 3, 2009           ANDERSON, McPHARLAN & CONNERS LLP
13                                    D. DAMON WILLENS ESQ.

14                                    /s/ Authorized Signed
                                      Attorneys for Defendants SIZZLER USA REAL
15                                    PROPERTY, INC. and SIZZLER USA
                                      RESTAURANTS, INC.

16

17  Dated: December 3, 2009           LAW OFFICES OF COURTNEY M. COATES
                                      COURTNEY M. COATES, ESQ.
18
                                      /s/ Authorized Signed
19                                    Attorneys for Defendants
                                      SIZZLER RESTAURANT # 571; BAY AREA
20                                    HOSPITALITY, INC.; and VIJAY K. BHATIA

21

22                                    **ORDER**

23  SO ORDERED.

24

25

26  Dated:  12/8/2009                 JUDGE M[arilyn H. Patel]
                                      U.S. DIST[RICT JUDGE]
27

28

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Notice of Pending Settlement; Request for Dismissal With Retained Jurisdiction; Order: Case No. C08-05804 MHP**